UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-23486-Civ-COOKE/GOODMAN

ETHERIA ROLLE-COLLIE,

    Plaintiff,

vs.

STATE OF FLORIDA DEPARTMENT OF
TRANSPORTATION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

THIS MATTER is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations on Defendant's Motion for Attorney's Fees (ECF No. 119) ("Report").

Following certain discovery abuses by the Plaintiff, including at a discovery hearing on January 24, 2018, and Plaintiff's failure to appear at her deposition, Defendant moved this Court to award attorney's fees in the amount of $23,930. This sum is reflective of tasks performed over 69.40 hours.

In his Report, Judge Goodman recommends that the Court grant in part and deny in part Defendant's Motion for Attorney's Fees. Judge Goodman recommends denying Defendant's request for attorney's fees for entries that were not clearly related to the two discrete events the Court approved for attorney's fees. Judge Goodman also recommends reducing certain entries that were block billed. Plaintiff timely filed her Objections to Judge Goodman's Report (ECF No. 120). Defendant did not file any objections to Judge Goodman's report, and the time to do so has passed. Plaintiff's objections to the Report are generally asserted on the grounds that the entries are excessive, unreasonable, or unrelated to the two discrete events underlying Defendant's motion for attorney's fees.

The Court has reviewed Defendant's Motion, the Report, Plaintiff's Objections to the Report, and the relevant legal authorities. The Court has also conducted a *de novo* review of the record. Having done so, the Court finds the Report to be clear, cogent, and

compelling.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

(1) The Court **AFFIRMS and ADOPTS** Judge Goodman's Report and Recommendations on Defendant's Motion for Attorney's Fees (ECF No. 119) as the Order of this Court.

(2) The Court **GRANTS** *in part* and **DENIES** *in part* Defendant's Motion for Attorney's Fees (ECF No. 114).

(3) Specifically, the Court **AWARDS** Defendant attorney's fees in the amount of $10,460.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of August 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*